Novoree Murdaugh, Appellant, et al., Plaintiffs, v. Queens-Nassau Transit Lines, Inc., et al., Respondents, et al., Defendants.— In an action to recover damages for personal injuries, order, made on reargument, granting a motion under section 306 of the Civil Practice Act for a physical examination of appellant and the taking of X rays, reversed, with $10 costs and disbursements, and motion denied, with $10 costs. The granting of the motion was an improvident exercise of discretion. (*Braun* v. *Board of Educ. of City of N. Y.*, 248 App. Div. 586.) There is no change in the situation here that would warrant a second examination. Carswell, Acting P. J., Wenzel and MacCrate, JJ., concur; Adel and Schmidt, JJ., dissent and vote to affirm. [See *post*, p. 933.]

Pauline Parnes, as Administratrix of the Estate of Joseph Parnes, Deceased, Respondent, v. Abraham Block, Appellant, et al., Defendants.— Action to recover damages for personal injuries alleged to have been sustained by plaintiff's intestate, a pedestrian, when struck by automobiles owned and operated by the defendants. The jury rendered a verdict in plaintiff's favor against defendant Block and in defendant Birnbaum's favor against plaintiff. Defendant Block appeals from the judgment entered thereon, insofar as said judgment is in favor of plaintiff and against him. Judgment, insofar as appealed from, unanimously affirmed, with costs. No opinion. Present — Johnston, Acting P. J., Adel, Wenzel, MacCrate and Schmidt, JJ. [See *post*, p. 896.]

The People of the State of New York, Respondent, v. David Ross, Appellant.— Judgment of the County Court, Nassau County, convicting appellant of the crime of grand larceny in the first degree upon his plea of guilty, and imposing sentence of three to ten years in prison, unanimously affirmed. No opinion. Present — Nolan, P. J., Johnston, Adel and MacCrate, JJ.; Carswell, J., not voting.